IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CARLTON & HARRIS CHIROPRACTIC,
INC., a West Virginia corporation,
individually and as a representative of a class
of similarly-situated persons,

           Plaintiff,

v.                              CIVIL ACTION NO.   3:15-14887

PDR NETWORK, LLC,
PDR DISTRIBUTION, LLC,
PDR EQUITY, LLC, and
JOHN DOES 1-10,

           Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order, the Court **GRANTS** Defendants' Motion to Dismiss and **ORDERS** that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

           ENTER:      September 30, 2016

           _____
           ROBERT C. CHAMBERS, CHIEF JUDGE