FRAP/FORM 1 | USDC/APP-001 (Rev. 11/07) Notice of Appeal

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

Carlton & Harris Chiropractic, Inc., a West Virginia corporation, individually and as the representative of a class of similarly-situated persons,

                    Plaintiff,

v.

PDR Network, LLC, PDR Distribution, LLC, PDR Equity, LLC and John Does 1-10,

                    Defendants.

**NOTICE OF APPEAL**

CA   3:15-14887

Notice is hereby given that CARLTON & HARRIS CHIROPRACTIC, INC.

Plaintiff in the above named case hereby appeal(s) to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion (Doc. 33) and the Judgment (Doc. 34) entered in this action on 9/30/2016.

/s/ D. Christopher Hedges

*Attorney for Appellant(s)*

The Calwell Practice, LC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
chedges@calwelllaw.com