# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 20, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  PDR Network, LLC, et al.
            v. Carlton & Harris Chiropractic, Inc.
            No. 17-1705
            (Your No. 16-2185)   3:15-cv-14887

Dear Clerk:

      The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

      The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*Scott S. Harris* (signature)

**Scott S. Harris**, Clerk

by

Laurie Wood
Deputy Clerk
(202) 479-3031